UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HUEY P. GARDNER | CIVIL ACTION NO. 14-cv-0154 |
| VERSUS | JUDGE HICKS |
| KODIE K. SMITH, ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the complaint is **dismissed** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 4th day of March, 2014.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE